John H. Gass, Respondent, v. Astoria Veneer Mills, Appellant.— Motion to resettle order granted, without costs. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Joseph H. Harkow, Appellant, v. New York City Railway Company, Respondent. (Action No. 16.)— Motion for leave to appeal to the Court of Appeals granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ. Settle order on notice.

Joseph H. Harkow, Appellant, v. New York City Railway Company, Respondent. (Action No. 17.)— Motion for leave to appeal to the Court of Appeals granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ. Settle order on notice.

Joseph H. Harkow, Appellant, v. New York City Railway Company, Respondent. (Action No. 18.)— Motion for leave to appeal to the Court of Appeals granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ. Settle order on notice.

Joseph H. Harkow, Appellant, v. New York City Railway Company, Respondent. (Action No. 19.)— Motion for leave to appeal to the Court of Appeals granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ. Settle order on notice.

Joseph H. Harkow, Appellant, v. New York City Railway Company, Respondent. (Action No. 20.)— Motion for leave to appeal to the Court of Appeals granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ. Settle order on notice.

Joseph H. Harkow, Appellant, v. New York City Railway Company, Respondent. (Action No. 22.)— Motion for leave to appeal to the Court of Appeals granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ. Settle order on notice.

Hebrew Publishing Company, Respondent, v. Emil Reibstein, Appellant.— Motion to strike case from calendar and return it to the Trial Term for resettlement and amendment granted, without costs. This motion is granted because of the conflict on a question of fact between the counsel as to whether or not Exhibit 1 is correctly printed with the alterations complained of. We express no opinion on that question, and leave it to the trial justice to determine. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of William F. Bissing for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.